Ex parte BAGG *vs.* JEFFERSON C. P.

A *note* cannot be set off against a *judgment.*

THE common pleas of Jefferson set off a *note* against a February 6. judgment rendered in favor of the relator against one Whee-lock. The judgment was an affirmance of a justice's judg-ment, removed into the common pleas by *certiorari.* During the pendency of the suit in the common pleas, the relator made the note in question, and at the same time gave a writ-ten stipulation to Wheelock, the payee of the note, that it should apply on the judgment, if the suit terminated in his favor.

The court granted a rule to shew cause, and the above facts being now shewn for cause why a mandamus should not issue : The Court, SAVAGE, Ch. J. was of opinion that the common pleas had erred ; that they had not the power to set off a note against a judgment, and accordingly directed an al-ternative mandamus to issue. See 6 *Cowen,* 598.